**Dismissed and Memorandum Opinion filed December 8, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00336-CR

_____

### SHAYLA ANGELINE BONIELLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 20th District Court
Milam County, Texas
Trial Court Cause No. 26,228**

## MEMORANDUM OPINION

Appellant, Shayla Angeline Boniello, appeals an order denying her application for writ of habeas corpus for a reduction of a pretrial bond. On November 13, 2020, the State filed a motion to dismiss the appeal because appellant entered a plea of guilt to the offense of capital murder and the trial court sentenced her to a lifetime of confinement without the possibility of parole. Appellant's plea renders this appeal moot. *See Martinez v. State*, 826 S.W.2d (Tex. Crim. App. 1992) (holding that an appeal challenging the denial of a pretrial

application for writ of habeas corpus becomes moot when the appellant is convicted of the underlying offense before the appellate court rules on the writ). The State attached a copy of the judgment to its motion. The motion has been on file with this court for 10 days and appellant has not filed a response.

Accordingly, we dismiss appellant's appeal as moot.

PER CURIAM

Panel consists of Justices Christopher, Wise and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).